JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LOZANO JOSE LUIS,

               Petitioner,

          v.

J. JOHNSON,

               Respondents.

Case No. 5:26-cv-01894-DOC-ACCV

**JUDGMENT**

Pursuant to the Presented By Order Granting the Petition, IT IS HEREBY ADJUDGED that the case is GRANTED without prejudice.

Dated: May 26, 2026



HON. DAVID O. CARTER
United States Magistrate Judge